■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DENNIS P. O'DOWD, Appellant.— Judgment and order unanimously affirmed, without costs of this appeal to either party. (Appeal from a judgment of Oneida Supreme Court striking out the answer to plaintiff's supplemental complaint and adjudg-

ing that defendant forfeit his office and be disqualified from holding public office for five years. The order struck out defendant's answer and directed entry of judgment.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.